JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
E-mail: mchaney@johnsonpham.com
Hung Q. Pham, SBN: 276613
E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
MOPHIE, INC.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MOPHIE, INC., a California Corporation formerly known as mSTATION Corporation,

Plaintiff,

vs.

ASISA MUSA, an Individual; and DOES 1-10, Inclusive,

Defendants.

Case No.: SACV12-01949 AG (RNBx)

**~~[PROPOSED]~~ JUDGMENT ON PLAINTIFF MOPHIE, INC.'S MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff MOPHIE, INC. ("Plaintiff"), as the prevailing party in this action, is hereby awarded final judgment on its claims for relief against Defendant ASISA MUSA ("Defendant") in the sum of $35,000.00 under 15 *U.S.C.* §1117(c) and 17 *U.S.C.* §504(c), Rule 55(b) of the *Federal Rules of Civil Procedure*, and under Local Rule 55-1. Plaintiff has asserted six (6) trademark infringements and one (1) copyright infringement against Defendant; accordingly, the Court awards to Plaintiff statutory damages of $5,000.00 per infringement. Under Local Rule 55-3, Plaintiff is also awarded attorneys' fees of $1,200.00, plus 6% of $25,000.00, totaling $2,700. Plaintiff is further awarded costs in the amount of $937.83; thereby, the total fees and costs awarded for this matter is $3,637.83. The total award to Plaintiff for this matter is $38,637.83. Furthermore, Defendant is permanently enjoined and restrained from ~~the following activities and conduct and ordered as follows to prevent Defendant from~~ infringing Plaintiff's trademarks and copyrights in the future~~:~~.

~~a) Defendant and any person or entity acting in concert with, or at her~~ direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which she may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

i) copying, manufacturing, importing, exporting, marketing, sale, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's MOPHIE® trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's ~~MOPHIE® trademarks and copyrights, whether such use is as, on, in or in~~

~~connection with any trademark, service mark, trade name, logo, design, Internet~~ use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

ii) performing or allowing others employed by or representing her, or under her control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's MOPHIE® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

iii) engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

iv) using any Internet domain name or website that includes any of Plaintiff's Trademarks and Copyrights, including the MOPHIE® marks.

b) Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit MOPHIE® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in her possession or under her control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in ~~Defendant's possession.~~

IT IS SO ORDERED, ADJUDICATED and DECREED this 2 day of MAY, 2013.

HON. ANDREW J. GUILFORD
United States District Judge